IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.  4:16-cr-00006-02 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| ANTOINE PARIS DAVIS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 21st day of September, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion in Limine to Introduce Mr. Ruley's Affidavit, ECF No. 111, is **DENIED**.

2. Mr. Ruley's "Affidavit of Truth," ECF No. 111, Ex. 4, is **EXCLUDED**, consistent with the discussion contained in the Memorandum.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge