## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00006-2 |
| v. | (Chief Judge Brann) |
| ANTOINE PARIS DAVIS, | |
| Defendant. | |

### ORDER

#### NOVEMBER 5, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Davis' 28 U.S.C. § 2255 motion (Doc. 208) is **DENIED**;

2. Davis' motion to appoint counsel (Doc. 230) is **DENIED** as moot; and

3. The Court declines to issue a certificate of appealability.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge